# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| RICKY DARRELL MORROW, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:22-cv-113 |
| v. | * | |
| STATE OF GEORGIA, | * | |
| Respondent. | * | |

**ORDER**

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 6. Petitioner Ricky Morrow ("Morrow") did not file Objections to this Report and Recommendation. In fact, this Court's mailing was returned as undeliverable, with the notations: "Return to Sender, Glynn Co Det. Ctr, Reason: Transferred" and "Return to Sender, Not Deliverable as Addressed, Unable to Forward." Dkt. No. 7 at 1.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Morrow's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus based on his failure to follow this Court's directive and Local Rules, and **DIRECTS** the Clerk of Court to

**CLOSE** this case and enter the appropriate judgment of dismissal.

The Court **DENIES** Morrow *in forma pauperis* status on appeal.

    **SO ORDERED**, this \_\_15\_\_ day of \_\_December\_\_, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA